USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEPHANIE PEREZ,

Defendant.

ORDER

19 Cr. 933 (ALC)

Upon the application of the United States and the Pretrial Services Office, and with the consent of the defendant, the defendant's bail conditions are hereby modified to add the following additional conditions:

1. A curfew as directed by Pretrial Services, enforced by electronic monitoring of a technology type chosen by Pretrial Services in its discretion, at the address in New Jersey previously provided by the defendant to Pretrial Services. The defendant shall be permitted to install the electronic monitoring equipment herself.

2. No change in residence without the prior approval of Pretrial Services.

3. Travel restriction expanded to include the Southern and Eastern Districts of New York and the District of New Jersey.

4. Obtain a cellphone with videochat capabilities to permit remote Pretrial Services supervision.

SO ORDERED.

Dated: New York, New York
       August 14, 2020

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE