**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/2020
```

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Stephanie Perez*, 19 Cr. 933 (ALC)

Dear Judge Carter:

The above-captioned case is currently scheduled for a status conference on December 8, 2020. The parties have reached an agreement in principle regarding a disposition of the case, and Your Honor's chambers has referred the change-of-plea proceeding to the duty Magistrate Judge. Accordingly, after consulting with chambers, the parties jointly request that the December 8 status conference be adjourned to a control date of January 29, 2021, with the understanding that the change-of-plea proceeding before the duty Magistrate Judge will occur by that date.

The Government also requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from today's date until January 29, 2021. The interests of justice served by such an exclusion outweigh the interests of the public and the defendant in a speedy trial because the exclusion will permit the parties to finalize the expected pretrial disposition of this matter, will ensure the effective assistance of counsel, and will reflect the current suspension of jury trials in this District in light of the ongoing COVID-19 pandemic. The defendant consents to the requested exclusion.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:  Amy Gallicchio, Esq. (by ECF)

**The application is GRANTED.**
**Time excluded.**
**So Ordered.**

*/s/ Andrew L. Carter* 12/7/20