```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2-11-21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                     Plaintiff,

    -against-

STEPHANIE PEREZ,

                     Defendant.

-------------------------------------------------------------- x

19-CR-933 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **February 12, 2021** at **11:00 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
             February 11, 2021

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge