UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                           **Plaintiff**,

      -against-

STEPHANIE PEREZ,

                          **Defendant**.

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-19-21

**19-CR-933 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Bail Revocation Hearing is set for **February 26, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:      New York, New York
              February 19, 2021

                                                    **ANDREW L. CARTER, JR.**
                                                      United States District Judge