**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/25/21__

**VIA ECF and Email**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Stephanie Perez,
      19 Cr. 933 (ALC)

Dear Judge Carter:

I write to respectfully request a short adjournment of the bail review hearing in the above captioned matter currently scheduled for Friday, February 26, 2021. The defense needs additional time to obtain medical and drug treatment records that I submit are relevant to the Court's decision on bail.

I ask that the Court adjourn the hearing to Thursday, March 4, 2021, at 2:00, a date and time that I understand is convenient for the Court and parties. The government takes no position on this request.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Attorney for Stephanie Perez

Cc: AUSA Jacob Fiddelman

The application is **GRANTED.** The bail revocation hearing is adjourned to 3/4/21 at 3:30 p.m.
So Ordered.

*Andrew L. Carter*
2/25/21