# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2021

<u>VIA ECF and Email</u>

The Honorable Andrew L. Carter, Jr.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/21

Re:  **United States v. Stephanie Perez,**
     19 Cr. 933 (ALC)

Dear Judge Carter:

I write to respectfully request an adjournment of the bail review hearing in the above captioned matter currently scheduled for March 4, 2021 to allow Ms. Perez to attend a medical appointment on that date.



I ask that the Court adjourn the hearing to Thursday, March 11, 2021, at 2:00 p.m., a date and time that I understand is convenient for the Court and parties.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio
Attorney for Stephanie Perez

Cc: AUSA Jacob Fiddelman

The application is **GRANTED.**
So Ordered.

*[signature]* 3/3/21