USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/10/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    **Plaintiff,**

     -against-

STEPHANIE PEREZ,

                    **Defendant.**

-------------------------------------------------------------------- x

19-CR-933 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Telephone Bail Revocation Hearing scheduled for March 11, 2021 is adjourned to **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **March 10, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**