```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/11/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                :
                                         :
                          Plaintiff,       :
                                         :     19-CR-933 (ALC)
    -against-                           :
                                         :     **ORDER**
STEPHANIE PEREZ,                         :
                                         :
                         Defendant.       :
                                         :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

       Today's Telephone Bail Revocation Hearing is adjourned to **March 16, 2021** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **March 11, 2021**

                                                        _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**