USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-29-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                         Plaintiff,

     -against-

STEPHANIE PEREZ,

                        Defendant.

-------------------------------------------------------------------- x

19-CR-933 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Bail Revocation Hearing is set for **August 4, 2021** at **10:00 a.m.**

**SO ORDERED.**

Dated:    New York, New York
            July 29, 2021

                                                      _____
                                                      ANDREW L. CARTER, JR.
                                                      **United States District Judge**