USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-4-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,            )
                                     )   Order
                                     )
-against-                            )
                                     )
Stephanie Perez, Defendant. (87624-054) )   19-CR-933 (ALC)
                                     )

---

ANDREW L. CARTER, United States District Judge:

    WHEREAS, Stephanie Perez was remanded on August 4, 2021 to the custody of the Bureau of Prisons; and

    WHEREAS, Stephanie Perez suffers from opioid addiction and will likely experience symptoms of withdrawal;

    THEREFORE, it is hereby ORDERED that the Bureau of Prisons provide immediate medical attention to address her disease of addiction and symptoms of withdrawal.

    SO ORDERED.

Dated: August 4, 2021
       New York, NY

_____
ANDREW L. CARTER
United States District Judge
Southern District of New York