UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

    -against-	19-CR-933 (ALC)

STEPHANIE PEREZ,	ORDER

                         Defendant.

------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Curcio Hearing is set for **October 21, 2021** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 23, 2021

                                                ANDREW L. CARTER, JR.
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-21