**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2021

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/2021

Re: *United States v. Stephanie Perez*, 19 Cr. 933 (ALC)

Dear Judge Carter:

The Government writes on behalf of both parties to update the Court regarding the status of this matter. The parties have reached an agreement to resolve the case through a waiver of indictment and plea to an additional count of obstruction of justice pursuant to a plea agreement. The relevant documents will be provided to the Court under separate cover. The parties respectfully request that the Court schedule an in-person change-of-plea proceeding for anytime during the week of December 6, 2021 that is convenient for the Court except (1) December 7 at 2pm, and (2) December 8, when counsel is unavailable.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc: Amy Gallicchio, Esq.
Richard Ma, Esq.

The application is **GRANTED.** An in-person Change of Plea Hearing is scheduled for December 9, 2021 at 2:00 p.m.
So Ordered.

12/2/21