UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

United States of America,                    )          ORDER
                                             )
-against-                                    )
                                             )
**STEPHANIE PEREZ**, Defendant.              )          19-CR-933 (ALC)
BOP Reg. No. 87624-054                        )
ECCF No.    #217006438                        )

*12-9-21*

ANDREW L. CARTER, United States District Judge:

WHEREAS, Stephanie Perez is remanded to the custody of the Federal Bureau of Prisons and detained at the Essex County Correctional Facility; and

WHEREAS, Stephanie Perez suffers from depression, Bipolar I disorder and anxiety and receives prescribed psychiatric medication daily in the morning; and

WHEREAS, Stephanie Perez did not receive her prescribed medication today, December 9, 2021, due to a court appearance in the United States District Court for the Southern District of New York;

THEREFORE, it is hereby ORDERED that the Bureau of Prisons and the Essex County Department of Corrections administer said medication to Stephanie Perez today, December 9, 2021, upon her return to the Essex County Correctional Facility.

SO ORDERED.

Dated: December 9, 2021
       New York, NY

_____
ANDREW L. CARTER
United States District Judge
Southern District of New York