**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 18, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/19/22

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  **United States v. Stephanie Perez,**
     **19 Cr. 933 (ALC)**

Dear Judge Carter:

I write, with the consent of the government, to request a two-week adjournment of the sentencing hearing in the above captioned matter currently scheduled for May 3, 2022. Additional time is needed for the completion of a forensic assessment and the preparation of the defense sentencing submission, presently due on April 19, 2022.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Attorney for Stephanie Perez

Cc: AUSA Jacob Fiddelman

The application is **GRANTED.** Sentencing adjourned to May 24, 2022 at 12 p.m.
So Ordered.

*/s/ Andrew L. Carter*
4/19/22