**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 13, 2022

**By ECF**
Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/16/22__

**Re:** **United States v. Stephanie Perez**
**19 Cr. 933 (ALC)**

Dear Judge Carter:

    I write on behalf of my client, Stephanie Perez, respectfully to request that this Court order the U.S. Pretrial Services Department for the Southern District of New York and the District of New Jersey to release Ms. Perez's passport to her mother, Elise Baboulis. (Ms. Perez had surrendered her passport as a condition of pretrial release.) Pretrial Services requires an order of this Court to return the passport. Ms. Perez is currently serving her sentence of seventeen months. AUSA Jacob Fiddelman does not object to this request.

Sincerely,

/s/ Amy Gallicchio
Asst. Federal Defender
Tel.: (212) 417-8728

**SO ORDERED:**

*[signature]*

**Hon. Andrew L. Carter, Jr.**   6/16/22
**U.S. District Judge**

CC:    AUSA Jacob Fiddelman, Esq.